No. 04–8348.  WORD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–8362.  LOPEZ-HERNANDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–8365.  RUIZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–753.  INVERSIONES ERRAZURIZ LIMITADA, FKA INVERSIONES ERRAZURIZ S. A., ET AL. v. STATE STREET BANK & TRUST CO.  C. A. 2d Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–770.  LOUISIANA v. BROWN.  Sup. Ct. La.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 04–778.  PAN AMERICAN ENERGY, LLC v. CANDLEWOOD TIMBER GROUP, LLC, ET AL.  Sup. Ct. Del.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–792.  CARTER, WARDEN v. CLINKSCALE.  C. A. 6th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 04–844.  NEW MEXICO v. JOHNSON.  Sup. Ct. N. M.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 04–845.  NEW MEXICO v. ALVAREZ-LOPEZ.  Sup. Ct. N. M.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 04–851.  AQUAMAR S. A. v. E. I. DU PONT DE NEMOURS & CO.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.